```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Richard Franklin, et al.**

   **v.**                                              Case No. 10-cv-281-PB

**Home Depot, U.S.A., Inc., et al.**


### O R D E R

This is a straightforward negligence case that plaintiff is unnecessarily complicating by presenting untenable legal theories based on the Consumer Protection Act, the doctrine of negligence per se and the law of nuisance.  These claims are deficient for the reasons cited in the defendants' motion to dismiss.

Defendants' motions to dismiss (Doc. Nos. 13 and 14) are granted.  The only remaining claim is Count 1.

SO ORDERED.

```
                              /s/Paul Barbadoro
                              Paul Barbadoro
                              United States District Judge
```

May 5, 2011

cc:  Francis X. Quinn, Jr.
     Katherine Strickland, Esq.
     Christopher Duggan, Esq.
     Karyn P. Forbes, Esq.